UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03765-JD<br><br>**ORDER GRANTING EXTENSION IN PART**<br><br>Re: Dkt. No. 47 |

　　　　Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. Defendants Clark and Pachynski filed a motion to dismiss on February 11, 2015 and defendant Hall filed a motion for summary judgment on February 12, 2015. Plaintiff has been provided several months to file oppositions to the motions and the most recent deadline was July 3, 2015. Plaintiff has still not filed oppositions but has filed a motion for an extension, discovery, for counsel, and to file a third amended complaint. Plaintiff has again failed to explain what discovery he requires, therefore his request is denied for the same reasons as in the prior Court order. The motion to amend is denied because plaintiff has not described what claims or defendants he wishes to add and it would prejudice defendants who have already filed dispositive motions. The motion to appoint counsel is denied for the same reasons as set forth in a prior Court order. Plaintiff's motion (Docket No. 47) in **GRANTED** in part in that plaintiff will be provided one final extension to file his oppositions by **August 10, 2015**. No further extensions will be provided for any reason and the motions will be deemed submitted on that date.

　　　　**IT IS SO ORDERED.**

Dated: July 22, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MITCHELL,<br><br>     Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>     Defendants. | Case No.  13-cv-03765-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell Mitchell ID: CDCR# K-48636
Mule Creek State Prison  B-9-220U
P.O. Box 409040
Ione, CA 95640

Dated: July 22, 2015

Richard W. Wieking
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2